# Nicholson v. Adair Bros. & Co.

APPEAL from DeKalb Chancery Court.

Heard before the Hon. S. K. McSPADDEN.

DAVIS & HARALSON, for appellant.

AMOS E. GOODHUE, contra.

The bill in this case was filed by the appellees to foreclose a mortgage. The chancellor rendered a decree granting the relief prayed for. Reversed and remanded.
Opinion by McCLELLAN, J.

---

110b 673
113  318

# Loveman, Jaros & Co. v. Lessler, Frank & Co.

APPEAL from the Birmingham City Court, in Equity.

Heard before the Hon. H. A SHARPE.

JAMES E. WEBB, for appellant.

CABANISS & WEAKLEY, contra.

The bill in this case was filed by the appellees against the appellant, to set aside a conveyance as fraudulent and void.

On the submission of the cause on the pleadings and proof, the chancellor decreed that the sale was fraudulent, and, therefore, ordered the same set aside and annulled. From this decree the appeal is taken, and the same assigned as error. Affirmed.
Opinion by HEAD, J.